UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                                          Chapter 7
      KIDVILLE OPCO, LLC,                                  Case No.: 20-11821 (MG)

              Debtor.
----------------------------------------------------------------x
In re:                                                                          Chapter 7
      KIDVILLE FRANCHISE COMPANY, LLC,         Case No.: 20-11822 (MG)

              Debtor.
----------------------------------------------------------------x
In re:                                                                          Chapter 7
      KIDVILLE NY, LLC,                                       Case No.: 20-11823 (MG)

              Debtor.
----------------------------------------------------------------x
In re:                                                                          Chapter 7
      KIDVILLE UNION SQUARE, LLC,                Case No.: 20- 11824 (MG)

              Debtor.
----------------------------------------------------------------x
In re:                                                                          Chapter 7
      KIDVILLE BETHESDA, LLC,                         Case No.: 20-11825 (MG)

              Debtor.
----------------------------------------------------------------x
In re:                                                                          Chapter 7

      KIDVILLE GARDEN CITY, LLC,                   Case No.: 20-11826 (MG)

              Debtor.
----------------------------------------------------------------x
In re:                                                                          Chapter 7
      KIDVILLE BRENTWOOD, LLC,                     Case No.: 20-11827 (MG)

              Debtor.
----------------------------------------------------------------x
In re:                                                                          Chapter 7
      KIDVILLE LINCOLN PARK, LLC,                 Case No.: 20-11828 (MG)

              Debtor.
----------------------------------------------------------------x

**ORDER AUTHORIZING: (1) PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE JOINT ADMINISTRATION OF THE CHAPTER 7 CASES, AND (2) THE TRUSTEE TO SERVE A LIMITED LIST OF CREDITORS AND OTHER INTERESTED PARTIES WITH THE MOTIONS AND/OR APPLICATIONS SUBMITTED TO THIS COURT BY THE TRUSTEE**

Upon the motion dated August 25, 2020 (the "Motion") of Salvatore LaMonica, as Chapter 7 Trustee (the "Trustee"), of the estates of Kidville Opco, LLC, Kidville Franchise Company, LLC, Kidville NY, LLC, Kidville Union Square, LLC, Kidville Bethesda, LLC, Kidville Garden City, LLC, Kidville Brentwood, LLC, and Kidville Lincoln Park, LLC (together, the "Debtors"), by his proposed counsel, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing (1) pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, the joint administration of the above-captioned Chapter 7 cases for procedural purposes only, and (2) the Trustee to serve a limited list of creditors and other interested parties with the motions and/or applications submitted to this Court by the Trustee; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the Motion and the proposed Order having been served on all the creditors and interested parties of the Debtors' estates; and upon the Affidavit of Service having been filed on the docket; and no opposition to the Motion having been filed with the Court; and good and sufficient notice having been given; and it appearing that the relief requested by the Trustee is reasonable and necessary; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED**, that the Motion is granted; and, it is further

**ORDERED**, that the above-captioned Chapter 7 cases are consolidated for procedural purposes only and shall be jointly administered by the Court; and, it is further

**ORDERED**, that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases; and, it is further

**ORDERED**, that the caption of the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                     Chapter 7

    KIDVILLE OPCO, LLC, et al.[1],                  Case No.: 20-11821 (MG)
                                                     (Jointly Administered)
             Debtors.
---------------------------------------------------------------x

; and, it is further

**ORDERED**, that a docket entry shall be made in each of the Debtors' Chapter 7 cases substantially as follows:

> *An Order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 7 cases of Kidville Opco, LLC, Kidville Franchise Company, LLC, Kidville NY, LLC, Kidville Union Square, LLC, Kidville Bethesda, LLC, Kidville Garden City, LLC, Kidville Brentwood, LLC, and Kidville Lincoln Park, LLC. The docket in the Kidville Opco, LLC Case No. 20-11821 (MG) should be consulted for all matters affecting these cases.*

; and, it is further

**ORDERED**, that the Trustee has authority to serve all motions and applications submitted to the Court on the following limited list of creditors and other interested parties: (i) counsel for

---

[1] The Debtors are: Kidville Opco, LLC (20-11821), Kidville Franchise Company, LLC (20-11822), Kidville NY, LLC (20-11823), Kidville Union Square, LLC (20-11824), Kidville Bethesda, LLC (20-11825), Kidville Garden City, LLC (20-11826), Kidville Brentwood, LLC (20-11827), Kidville Lincoln Park, LLC (20-11828).

the Debtors; (ii) the Office of the United States Trustee; (iii) all parties that have filed a notice of appearance in this case; (iv) parties holding secured claims; (v) the Debtors' twenty (20) largest creditors; (vi) applicable taxing authorities; and (vii) any party (and its counsel, if any) with whom the Trustee enters into settlement agreement or any other type of agreement (see annexed **Exhibit 1** for the limited notice service list); and, it is further,

**ORDERED**, that the Court shall retain jurisdiction to enforce the terms and conditions of this Order and to determine any and all disputes with service of the motions and/or applications filed by the Trustee; and, it is further,

**ORDERED**, that the Trustee is authorized to do such things, execute such documents and expend such funds as may be necessary to effectuate the terms and condition of this Order.

**IT IS SO ORDERED.**

Dated: September 21, 2020
       New York, New York

                                        **/s/ Martin Glenn**
                                        MARTIN GLENN
                                        United States Bankruptcy Judge

# **EXHIBIT 1**

SALVATORE LAMONICA, ESQ.
**CHAPTER 7 TRUSTEE**

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014

ELISE S. FREJKA, ESQ.
FREJKA PLLC
420 LEXINGTON AVENUE
SUITE 310
NEW YORK, NY 10170

**NOTICE OF APPEARANCE:** *(as of 9/21/20)*

SCOTT J. GOLDSTEIN, ESQ.
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
ATTYS FOR MINETTA COFFEE LLC
280 WEST MAIN STREET
DENVILLE, NEW JERSEY 07834

**TWENTY LARGEST CREDITORS:**

CUSTOMERS BANK
701 READING AVENUE
READING, PA 19611-1280

DOUGLAS EMMET 1998, LLC
11726 SAN VICENTE BLVD.
SUITE 225
LOS ANGELES, CA 90049-5138

DOUGLAS EMMETT 1998, LLC
1299 OCEAN AVENUE
SUITE 1000
LOS ANGELES, CA 90049

DOUGLAS EMMETT 1998, LLC
1299 OCEAN AVENUE
SUITE 1000
SANTA MONICA, CA 90401-1063

960 FRANKLIN REALTY
C/O CARLYLE MANAGEMENT CORP.
PO BOX 803
KATONAH, NY 10536-0803

STREET RETAIL INC.
1626 E JEFFERSON STREET
ATTN: ROBYN SARRAT
ROCKVILLE, MD 20852-4041

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270

THE HARTFORD
PO BOX 660916
DALLAS, TX 75266-0916

MELISSA & DOUG
PO BOX 590
WESTPORT, CT 06881-0590

NEW YORK CITY DEPT OF FINANCE - CRT
66 JOHN STREET
ROOM 104
NEW YORK, NY 10038-3735

CATHERINE HALPRIN
105 WEST 13TH ST
NEW YORK, NY 10011-7851

CATIE MAYER
185 EAST 85TH STREET
NEW YORK, NY 10028-2140

DENA WIMPFHEIMER
178 EAST 70TH STREET
NEW YORK, NY 10021-5116

JENNIFER WIDAY
14 EAST 68TH STREET
NEW YORK, NY 10065-5847

MONA HAROON
240 E 76TH STREET
NEW YORK, NY 10021-2941
PAOLA DVORETSKAYA
152 EAST 84TH STREET
NEW YORK, NY 10028-2025

RACHEL KIRSCHNER
245 EAST 87TH STREET, 6A
NEW YORK, NY 10128-3244

STEPHANIE FAGENSON
535 EAST 86TH STREET
NEW YORK, NY 10028-7533

THERESE MOHAMED
336 EAST 86TH STREET
NEW YORK, NY 10028-4615

SUSIE LIND
111 EAST 75TH STREET
NEW YORK, NY 10021-2838

LAUREN FOX
500A EAST 87TH STREET
NEW YORK, NY 10128-7650

HANNAH COBIN
200 EAST 94TH STREET
NEW YORK, NY 10128-3903

JOE CARRUBBA
105 LEXINGTON AVE
NEW YORK, NY 10016-8963

KATIE SALTER
185 EAST 85TH STREET
NEW YORK, NY 10028-2140

KEARA TANELLA
445 E 86TH STREET
NEW YORK, NY 10028-6433

SANDY SAUNDERS
239 EAST 79TH STREET
NEW YORK, NY 10075-0810

STEPHANIE KAGY
129 EAST 82ND STREET
NEW YORK, NY 10028-0836

**TAXING AUTHORITIES:**

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JOHN CAHILL, ESQ.
REGIONAL COUNCIL FOR NY/NJ
U. S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT
26 FEDERAL PLAZA, ROOM 3500
NEW YORK, NY 10278

NYC DEPARTMENT OF FINANCE
66 JOHN STREET
2ND FLOOR, ROOM 104
NEW YORK, NY 10038

NYS UNEMPLOYMENT INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201

NYS DEPARTMENT OF TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES SECTION
P.O. BOX 5300
ALBANY, NY 12205-5300

PARKING VIOLATIONS BUREAU
210 JORALEMON AVENUE
BROOKLYN, NY 11201

ROBERT ROBERTS
OFFICE OF SITE REMEDIATION ENFORCEMENT
OFFICE OF ENFORCEMENT AND COMPLIANCE ASSURANCE
U.S. ENVIRONMENTAL PROTECTION AGENCY
1200 PENNSYLVANIA AVENUE, N.W, M/C 2272A
WASHINGTON, DC 20004-2004

U.S. DEPT. OF HEALTH & HUMAN SERVICES
OFFICE OF THE GENERAL COUNSEL
26 FEDERAL PLAZA, ROOM 3908
NEW YORK, NY 10278

U.S. SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

UNITED STATES' ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
ATTN: TAX & BANKRUPTCY UNIT
86 CHAMBERS STREET, THIRD FLOOR
NEW YORK, NY 10007